# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BRIAN FRENCH and**
**MARSHA BLANCHARD**                                                                    **PLAINTIFFS**

**v.**                          **Case No. 3:21-cv-00248 KGB**

**AMERICAN GENERAL LIFE**
**INSURANCE COMPANY**                                                                   **DEFENDANT**

## ORDER OF REASSIGNMENT

The above styled case was assigned to the docket of United States District Judge Kristine G. Baker on December 6, 2021. Because the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. appears on the Court's recusal list and has entered an appearance as counsel for defendant American General Life Insurance Company, the case should be reassigned.

The Clerk's Office is directed to issue a Notice of Reassignment.

Dated this 7th day of December, 2021.

                                             **AT THE DIRECTION OF THE COURT**
                                             **TAMMY H. DOWNS, CLERK**


                                             BY: Tracy M. Washington
                                                Courtroom Deputy to United States
                                                District Judge Kristine G. Baker