IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRIAN FRENCH,** *et al*                                                                         **PLAINTIFFS**

**v.**                              **CASE NO. 3:21-CV-00248-BSM**

**AMERICAN GENERAL LIFE**
**INSURANCE COMPANY**                                                              **DEFENDANT**

## ORDER

The parties' joint motion to dismiss [Doc. No. 12] is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE